FILED 05 NOV '14 16:17 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-CR-00034-MO |
| v. | **SUPERSEDING FELONY INFORMATION** |
| STEVEN GLENN HUFFMAN, JR., | 18 U.S.C. § 1952(a)(3) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Travel Act, 18 U.S.C. § 1952(a)(3))**

On or about March 27, 2013, in the District of Oregon and elsewhere, **STEVEN GLENN HUFFMAN, JR.**, defendant herein, traveled in interstate commerce, from the State of Oregon to the State of Hawaii, with the intent to facilitate the carrying on of an unlawful activity, and after traveling from Oregon to Hawaii, did facilitate the carrying on of said unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

Dated this 5th day of November 2014.

S. AMANDA MARSHALL
United States Attorney

/s/ Stacie F. Beckerman

STACIE F. BECKERMAN
Assistant United States Attorney