# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 3:14-CR-00034-MO** |
| v. | |
| **STEVEN GLENN HUFFMAN, Jr.,** | **ORDER** |
| Defendant | |

This matter comes before the Court on Defendant's Motion to Revoke Magistrate's Pretrial Order of Detention and to Amend Conditions of Pretrial Release (CR 53). Having reviewed the parties' submissions, and being fully advised:

IT IS HEREBY ORDERED that the motion is DENIED.

DATED this  27th  day of January 2015.

          /s/Michael W. Mosman
          MICHAEL W. MOSMAN
          United States District Judge